Print/Publish to .pdf | Save As... | Reset

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Christopher Moore and
George H. Jones, Jr.

v.

Andrew Thomas Collins;
Bernard Hall; Allen Mingo; and
The City of Benton Harbor

Case No. 14-
Hon.

TO: Andrew Thomas Collins
ADDRESS: 5638 Coloma Road
Coloma, MI 49038

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _________ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

TRACEY CORDES, CLERK OF COURT

Insert Today's Date

_______________________________ September 11, 2014
By: Deputy Clerk — Date

---

## PROOF OF SERVICE

This summons for ________Andrew Thomas Collins________ was received by me on ______________.
(name of individual and title, if any) — (date)

☐ I personally served the summons on the individual at ______________________________
(place where served)
on ______________.
(date)

☐ I left the summons at the individual's residence or usual place of abode with ______________________, a person
(name)
of suitable age and discretion who resides there, on ______________, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on ______________________, who is designated by law to accept service
(name of individual)
of process on behalf of ______________________ on ______________.
(name of organization) — (date)

☐ I returned the summons unexecuted because ______________________________.

☐ Other *(specify)* ______________________________.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________.

I declare under the penalty of perjury that this information is true.

Date:______________________

______________________________
*Server's signature*

Additional information regarding attempted service, etc.:

______________________________
*Server's printed name and title*

______________________________
*Server's address*